# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131996-7

———————————————————————————

IN RE MATTHEW SCOTT VANZANDT and
VICTORIA GRACE VANZANDT, Minors.

———————————————————————————

DEPARTMENT OF HUMAN SERVICES,
        Petitioner-Appellee,

v

ROBERT VANZANDT,
        Respondent,

and

SHERRI ANNE VANZANDT,
        Respondent-Appellant.

———————————————————————————

SC: 131996
COA: 267182
Oakland CC
Family Division: 05-702936-NA

IN RE MATTHEW SCOTT VANZANDT,
VICTORIA GRACE VANZANDT, and
BRITTANY ANNE COPELAND, Minors.

———————————————————————————

DEPARTMENT OF HUMAN SERVICES,
        Petitioner-Appellee,

v

SHERRI ANNE VANZANDT,
        Respondent-Appellant,

and

ROBERT VANZANDT,
        Respondent.

———————————————————————————/

SC: 131997
COA: 267183
Oakland CC
Family Division: 05-702936-NA

      On order of the Court, the application for leave to appeal the August 8, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2006



s0919

                                    Clerk